# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFAEL MARTI,** | : | **CIVIL NO. 3:14-CV-0137** |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **JOHN KERESTES,** | : | |
| Respondents: | | |

## **ORDER**

**AND NOW**, to wit, this 10th day of April 2015, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. See R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

                          **BY THE COURT:**

                          **s/James M. Munley**
                          **JUDGE JAMES M. MUNLEY**
                          **United States District Court**